DOCKET No. **15 MAG 3562** DEFENDANT: **John Ashe**

AUSA **Janis Echenberg, Dan Richenthal, Rahul Mukhi**   DEF.'S COUNSEL **Neil Weisner, Robert E. Van Lierop**
☑ RETAINED   ☐ FEDERAL DEFENDERS   ☐ CJA

_____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☑ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.
☐ Other: **A/W issued on 10/5/15**

DATE OF ARREST **10/6/15**   ☐ VOL. SURR.
TIME OF ARREST **6 am**   ☐ ON WRIT
TIME OF PRESENTMENT **10/6 6:20 pm**

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☑ $ **1,000,000** PRB
☑ _____ FRP
☑ SECURED BY $ **500,000**   CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS) **[+ w/ fc's pp]**
☐ REGULAR PRETRIAL SUPERVISION   ☑ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☑ HOME DETENTION   ☐ CURFEW   ☑ ELECTRONIC MONITORING
☑ OTHER CONDITIONS **Release from home only for court, counsel, medical; no contact w/ co-ds except w/ counsel**

☑ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

U.S. DISTRICT COURT FILED OCT 05 2015 S.D. OF N.Y.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED   ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED   ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING **10/20/15**   ☐ ON DEFENDANT'S CONSENT

DATE: **10/6/15**   _James C. Francis IV_
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2