# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**101 Park Avenue, 28th Floor**
**New York, NY 10178**
**Tel: 212-643-7000**
**Fax: 212-643-6500**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

**Hervé Gouraige**
**Member of the Firm**
**Direct Dial: (973)643-5989**
**E-mail: hgouraige@sillscummis.com**

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

October 21, 2015

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
40 Foley Square, Room 415
New York, NY 10007

    Re:    *United States of America v. John W. Ashe, et al.*;
             Docket No. 15 Cr. 00706(VSB)

Dear Judge Broderick:

      This firm represents John W. Ashe in the above referenced matter. Mr. Ashe is currently being held at the Metropolitan Correctional Center pending release on bail, and is scheduled to appear before Your Honor in Court tomorrow for his arraignment. In light of the high profile nature of this case, Mr. Ashe respectfully requests an order granting him permission to wear a suit to the arraignment. We have conferred with Assistant U.S. Attorney Dan Richenthal, and he has no objection to this request.

      We thank the Court for its attention to this matter.

                          Respectfully submitted,

                          s/ Hervé Gouraige
                          Hervé Gouraige