# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**101 Park Avenue, 28th Floor**
**New York, NY 10178**
**Tel: 212-643-7000**
**Fax: 212-643-6500**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

**Hervé Gouraige**
**Member of the Firm**
**Direct Dial:  (973)643-5989**
**E-mail: hgouraige@sillscummis.com**

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

November 6, 2015

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

      Re:   *United States of America v. John W. Ashe, et al.*,
              <u>Docket No. 15 Cr. 706 (VSB)</u>

Dear Judge Broderick:

      This firm represents Ambassador John W. Ashe, a defendant in the above-referenced matter.  We write respectfully to request that Ambassador Ashe be permitted to attend the quarterfinal game of the New York State championship football tournament for his youngest son's high school team.

      Ambassador Ashe was released on bail on October 26, 2015, and as part of that release, the Court permitted Ambassador Ashe to attend the first of his youngest son's New York State championship football games, which was held on October 31, 2015 in Pleasantville, New York.  Ambassador Ashe attended that game while strictly complying with the rules of Pretrial Services.  His son's football team, which is undefeated this season, won that game (35-0), and is now progressing to the quarterfinal game on November 14, 2015, at Dietz Stadium in Kingston, New York.  As previously noted, Ambassador Ashe's youngest son suffered a serious life-threatening medical condition in December 2013, followed by a lengthy medical surgery, and thus, it is deeply meaningful to Ambassador Ashe to be able to see his son play football now.

S<span/>ILLS C<span/>UMMIS & G<span/>ROSS
A P<span/>ROFESSIONAL C<span/>ORPORATION

The Honorable Vernon S. Broderick
November 6, 2015
Page 2

  Under 18 U.S.C. § 3142(c), to "reasonably assure the appearance" of Ambassador Ashe at all future Court proceedings, his bail consists of a $1,000,000 personal recognizance bond, secured by $500,000 in cash/property and five (5) FRPs; his home detention is enforced by GPS-enabled electronic monitoring.  Two of the co-signers for Ambassador Ashe, one of whom was a former football coach of his son, will also attend this game.  Ambassador Ashe learned of the September 18, 2015 arrest of co-defendants Ng Lap Seng and Jeff Yin from foreign press reports on or about September 25, 2015, and he made no effort to flee this jurisdiction and was arrested by the FBI at his home on October 6, 2015. Ambassador Ashe has strictly complied with all the conditions of his release to date.

  The government and Pretrial Services oppose this application.

  We thank the Court for its consideration of this request.

                Respectfully submitted,

                s/ Hervé Gouraige
                Hervé Gouraige

cc: All Counsel of Record (by ECF)