```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
:
UNITED STATES OF AMERICA,              :
:       15 Cr. 706 (VSB)
-v-                              :
:              ORDER
:
JOHN W. ASHE, et al.,                  :
:
Defendants.                  :
:
:
-------------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the Government's January 19, 2016 letter submitted in response to the tenth question in my January 13 Order. (Doc. 134.) Based upon that letter it is my understanding that Defendant Lorenzo has never been issued an identification card by the Department of State. In addition to the questions set forth in my January 13 Order, the parties should be prepared to address the following:

1. What identification did Defendant Lorenzo use to enter the United Nations?

2. Did Defendant Lorenzo have an identification provided to him by the United Nations? If so, can a copy of that identification be provided to me by either the Government or Defendant Lorenzo?

3. Did Defendant Lorenzo have an identification card provided to him by the Government of the Dominican Republic?

4. Since the Government asserts that Defendant Lorenzo has official acts immunity, how, if at all, was Defendant Lorenzo's status documented either within the Department of State, to Defendant Lorenzo, and/or to the Government of the Dominican Republic?

5. Prior to the filing of charges against Defendant Lorenzo, what communications, if any, were there between or among Defendant Lorenzo, the Department of State, and the Government of the Dominican Republic concerning Defendant Lorenzo's immunity status?

SO ORDERED.

Dated: January 20, 2016
      New York, New York

                                                Vernon S. Broderick
                                                United States District Judge