

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 31, 2018

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse, Room 415
40 Foley Square
New York, New York 10007

>    Re:    *United States v. Ashe*,
>              **15 Cr. 706 (VSB)**

Dear Judge Broderick:

 The Government respectfully writes to request a brief extension of the September 14, 2018 deadline to respond to the request of the Media Organization (the "Request") (Docket No. 857). Due to the press of other business, including the Government's response to the appeal of conviction of defendant Ng Lap Seng, due September 25, 2018, as well as holiday travel of the undersigned, the Government respectfully requests until Friday, September 28, 2018 to respond to the Request. The Government sought the position of counsel for the Media Organization but did not receive a response in advance of filing this letter.

 Respectfully submitted,

 GEOFFREY S. BERMAN
 United States Attorney

By:   s/ Janis Echenberg
 Daniel C. Richenthal
 Janis M. Echenberg
 Douglas S. Zolkind
 Assistant United States Attorneys
 (212) 637-2109/2597/2418

 SANDRA MOSER
 Acting Chief, Fraud Section
 Criminal Division

By:   s/ David A. Last

Honorable Vernon S. Broderick
United States District Judge
August 31, 2018
Page 2

David A. Last
Trial Attorney
(202) 616-5651

Enclosures
cc:     (by ECF)

Counsel for the Media Organization